UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT COMMUNICATIONS CO.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A-1 NATIONAL FENCE, et al.,<br><br>　　　　Defendant | 1:06-cv-1664 OWW SMS<br><br>ORDER GRANTING MOTION TO FILE THIRD-PARTY COMPLAINT AND VACATING APRIL 23, 2007 HEARING DATE |

　　Defendant A-1 National Fence, having filed a motion for leave to file a third-party complaint, and the plaintiff having filed a notice of non-opposition to said motion,

　　IT IS HEREBY ORDERED that the motion to file a third-party complaint is granted, and the hearing noticed for April 23, 2007, is vacated.

Dated: 4/13/07　　　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　　United States District Judge

1