**Douglas V. Thornton, Bar # 154956**
**MOTSCHIEDLER, MICHAELIDES & WISHON, LLP**
**1690 West Shaw Avenue, Suite 200**
**Fresno, California 93711**
**Telephone (559) 439-4000**
**Facsimile (559) 439-5654**

Attorney for: Third Party Defendant CALAVERAS MATERIALS INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY, L.P., <br><br>   Plaintiff, <br><br> v. <br><br>A-1 NATIONAL FENCE INC., FAMCO FENCE CORPORATION, and VICTOR CHAPA, <br><br>   Defendants. | Case No.: 1:06-CV-1664 OWW-SMS <br><br>**ORDER GRANTING AMENDMENT OF ANSWER TO THIRD PARTY COMPLAINT** |
| FAMCO FENCE COMPANY dba A-1 NATIONAL FENCE, INC., <br><br>   Third Party Plaintiff, <br><br> v. <br><br>CALAVERAS MATERIALS, INC., and ROES 1-50, inclusive, <br><br>   Third Party Defendants. | |

///
///
///
///
///

1  Based on the stipulation to file amended answer to third party complaint,
2  and good cause appearing,
3  IT IS HEREBY ORDERED that Third Party Defendant Calaveras
4  Materials, Inc., may file an amended answer to the third party complaint.
5  Dated: 8/2/2007

7  _/s/ Oliver W. Wanger_____
8  United States District Judge

**MOTSCHIEDLER,**
**MICHAELIDES &**
**WISHON, LLP**

2

{04056/0016//182568.DOC}

**Order Granting Amendment of Answer to Third Party Complaint**

PDF created with pdfFactory trial version www.pdffactory.com