**Douglas V. Thornton, Bar # 154956**
**MOTSCHIEDLER, MICHAELIDES & WISHON, LLP**
**1690 West Shaw Avenue, Suite 200**
**Fresno, California 93711**
**Telephone (559) 439-4000**
**Facsimile (559) 439-5654**

Attorney for: Third Party Defendant CALAVERAS MATERIALS INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY, L.P.,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>A-1 NATIONAL FENCE INC., FAMCO FENCE CORPORATION, and VICTOR CHAPA,<br><br>　　　　　Defendants. | Case No.: 1:06-CV-1664 OWW-SMS<br><br>**STIPULATION TO FILE AMENDED ANSWER TO THIRD PARTY COMPLAINT;**<br><br>**ORDER** |
| FAMCO FENCE COMPANY dba A-1 NATIONAL FENCE, INC.,<br><br>　　　　　Third Party Plaintiff,<br><br>　　　v.<br><br>CALAVERAS MATERIALS, INC., and ROES 1-50, inclusive,<br><br>　　　　　Third Party Defendants. | |

///
///
///
///
///

1    IT IS HEREBY STIPULATED by and between the parties to the third
2  party complaint, through their respective undersigned attorneys of record, that Third
3  Party Defendant Calaveras Materials, Inc., in the above-entitled action may file an
4  amended answer to the third party complaint, a copy of which is attached hereto as
5  <u>Exhibit A</u>.
6    IT IS FURTHER STIPULATED that Third Party Plaintiff waives notice
7  and service of the amended answer.

8  Dated: August 2, 2007.                     MOTSCHIEDLER, MICHAELIDES
9                                             & WISHON, LLP

10
11                                             By  /s/ Douglas V. Thornton
                                                   Douglas V. Thornton, Attorneys for
12                                                 Third Party Defendant CALAVERAS
                                                   MATERIALS, INC.
13

14  Dated: July 31, 2007.                     VITALE & BURNS
15

16                                             By  /s/ Steven C. Clark
17                                                 Steven C. Clark, Attorneys for Third Party
                                                   Plaintiff FAMCO FENCE COMPANY dba
18                                                 A-1 NATIONAL FENCE, INC.
19

20  Dated: July 25, 2007.                     SUTTON HATMAKER LAW
21                                             CORPORATION

22

23                                             By  /s/ Brad K. Boulden
24                                                 Brad K. Boulden, Attorneys for Plaintiff
                                                   SPRINT COMMUNICATIONS, L.P.
25
26
27
28

**MOTSCHIEDLER,**
**MICHAELIDES &**
**WISHON, LLP**

2                                             {04056/0016//182394.DOC}

**Stipulation to File Amended Answer to Third Party Complaint**
PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Based on the stipulation to file amended answer to third party complaint, and good cause appearing,

IT IS HEREBY ORDERED that Third Party Defendant Calaveras Materials, Inc., may file an amended answer to the third party complaint.

Dated:  8/3/2007

      /s/ Sandra M. Snyder
      SANDRA M. SNYDER
      U.S. Magistrate Judge

# PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States of America, am over the age of eighteen (18) years, and not a party to the within action. I am an employee of Motschiedler, Michaelides & Wishon, LLP, and my business address is 1690 West Shaw Avenue, Suite 200, Fresno, California, 93711.

On August 2, 2007, I caused to be served the following document(s): **STIPULATION TO FILE AMENDED ANSWER TO THIRD PARTY COMPLAINT** on the parties involved addressed as follows:

<u>**Attorney for Plaintiff**</u>
Brad K. Boulden, Esq.
SUTTON HATMAKER LAW CORPORATION
6715 N. Palm Ave., Ste. 214
Fresno, CA 93704

<u>**Attorney for Famco Fence**</u>
Steven C. Clark, Esq.
VITALE & BURNS
5260 N. Palm Ave., Ste. 300
Fresno, CA 93704

<u>**Attorney for Plaintiff**</u>
Pro Hac Vice
James J. Proszek, Esq.
Hall Estill Hardwick Gable Colden & Nelson
320 S. Boston Ave., Ste. 400
Tulsa, OK 74103-3708

[X] **BY ELECTRONIC MAIL:** *By filing electronically with the U.S. Eastern District Court, and opting to receive service by electronic mail, service of this document is hereby deemed served pursuant to Rule 5-135(g)(1).*

[ ] **BY U.S. MAIL:** *I caused each envelope, with postage thereon fully prepaid, to be placed in the United States mail at Fresno, California. I am readily familiar with the business practice for collection and processing of mail in this office; and that in the ordinary course of business said document would be deposited with the U.S. Postal Service in Fresno, California on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this declaration.*

[ ] **BY FACSIMILE:** *By use of a facsimile machine telephone number (559) 439-5654, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting facsimile machine.*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Fresno, California on August 2, 2007.

_____
Melanie M. Chacon

**MOTSCHIEDLER, MICHAELIDES & WISHON, LLP**

{04056/0016//182394.DOC}

**Stipulation to File Amended Answer to Third Party Complaint**

PDF created with pdfFactory trial version www.pdffactory.com