STEVEN C. CLARK, #181050
**VITALE & BURNS**
5260 North Palm Avenue, Suite 300
Fresno, California  93704
Tel : 559/ 451-2600
Fax: 559/ 451-2626

Counsel for Defendant, FAMCO FENCE COMPANY DBA A-1 NATIONAL FENCE INC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> A-1 NATIONAL FENCE INC., FAMCO FENCE CORPORATION, and VICTOR CHAPA, <br><br> Defendants. | Case No.  1:06-CV-1664 OWW-SMS <br><br> **ORDER GRANTING EXTENSION OF DEADLINES TO PROVIDE EXPERT WITNESS DISCLOSURE AND SUPPLEMENTAL EXPERT WITNESS DISCLOSURE** |

Based upon the Stipulation of the parties to extend the date for disclosure of expert witnesses and for supplemental disclosure of expert witnesses, and good cause appearing, it is hereby ordered that:

The disclosure of all expert witnesses, in writing, that was set to occur in this case on or before October 4, 2007 will be extended so that said disclosure is now due on November 15, 2007.  Further, any rebuttal or supplemental expert disclosures which were previously to be made on or before November 5, 2007 are now due on or before November 30, 2007.

Dated: October 5, 2007                    /s/ OLIVER W. WANGER
_____
                                                              Oliver W. Wanger
                                                              U.S. Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com