UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
SPRINT COMMUNICATIONS COMPANY, LP,)
                                  )    1:06-CV-01664 OWW SMS
                                  )
              Plaintiff,          )
                                  )
        v.                        )    ORDER DISMISSING ACTION
                                  )
A-1 NATIONAL FENCE, INC. ET.AL,   )
                                  )
                                  )
              Defendant.          )
                                  )
                                  )
```

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

Pursuant to the stipulation, third-party defendant Calaveras Materials, Inc., who has not asserted any claims in this action, does not waive, and specifically reserves its right to assert any and all claims it may have for defense costs and indemnification against all defendants in a separate action.

IT IS SO ORDERED.

**Dated:   January 8, 2008**                    /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE